# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **ALL SAINTS-ST. LUKES EPISCOPAL HOME FOR THE RETIRED, INC.,** <br><br> **Plaintiff,** <br><br> v. <br><br> **ESCO TECHNOLOGIES, LLC, STELLAR PRIVATE CABLE SYSTEMS, INC. and SENTRICS, INC.,** <br><br> **Defendants.** | **CASE NO.: 1:20-cv-00648-WMR** |

## ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME FOR DEFENDANTS STELLAR PRIVATE CABLE SYSTEMS, INC. AND SENTRICS, INC. TO ANSWER OR FILE A RESPONSIVE PLEADING

Plaintiff moved this Court to grant Defendants Stellar Private Cable Systems, Inc. and Sentrics, Inc. ("Defendants") a 30-day extension of time in which to file their answers or responsive pleadings. *See* Pl.'s Mot. for an Extension of Time for Defs. Stellar Private Cable Systems, Inc. and Sentrics, Inc. to Answer or File a Resp. Pleading ("Motion"). Plaintiff asks the Court to grant Defendants this extension to aid in ongoing settlement negotiations between Plaintiff and Defendants. For the reasons laid out in Plaintiff's Motion and for good cause shown,

7

8732388.1

**IT IS NOW HEREBY ORDERED:** Defendants Stellar Private Cable Systems, Inc. and Sentrics, Inc. shall have up to and through Wednesday, May 20, 2020 to answer or file responsive pleadings.

**SO ORDERED** this 17th day of April, 2020.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE

<u>Order Prepared and Presented by:</u>

Matthew B. Ames
Georgia Bar No. 015898
Tyler P. Bishop
Georgia Bar No. 566705

**BALCH & BINGHAM LLP**
30 Ivan Allen Jr. Blvd. N.W.
Suite 700
Atlanta, GA 30308
Telephone: (404) 261-6020
Facsimile: (404) 261-3656

*Attorneys for Plaintiff*